FILED: July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)

_____

In re: DAVID ANTHONY RUNYON

             Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Date Petition Filed: | 07/07/2023 |
| Petitioner | David Anthony Runyon |
| Appellate Case Number | 23-6 |
| Case Manager | Emily Borneisen<br>804-916-2704 |