# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. _____      Caption: In re David Anthony Runyon _____

Petitioner _____

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

Sealed Version of Exhibit 6 _____

2. Is sealing of document(s) necessary?

☐ No
☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

Order to Seal Declaration, David Anthony Runyon v. United States, No. 4:08-cr-00016, ECF No. 818 (E.D. Va. June 20, 2023) (Hon. Rebecca Beach Smith).

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

Declaration of Elizabeth J. Peiffer ordered sealed.

_____

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

☑ Yes

# CERTIFICATE OF SERVICE

I certify that on __July 7, 2023__ the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  In consolidated criminal cases, identify which sealed appendix volumes were served on each party or attorney.

Brian J. Samuels
Lisa R. McKeel
Assistant United States Attorneys
Carrie L. Ward, Trial Attorney
Attorneys for the United States

The Honorable Rebecca Beach Smith
United States District Court
Eastern District of Virginia

Elizabeth J. Peiffer
Capital Representation Resource
Center

| /s/ Nicholas J. Xenakis | 07/07/23 |
|:---:|:---:|
| Signature | Date |

# CERTIFICATE OF SERVICE

I certify that on this 7th day of July, 2023, the foregoing was served

by Federal Express on the following:

The Honorable Rebecca Beach Smith
United States Courthouse
2400 West Avenue
Newport News, VA 23607

Brian J. Samuels
Lisa R. McKeel
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: brian.samuels@usdoj.gov
Email: lisa.mckeel@usdoj.gov

Carrie Lee Ward
Department of Justice
Capital Case Section
1331 F Street, NW
Room 650
Washington, DC 20530
Phone: (202) 923-7154
Fax: (202) 305-9779
Email: carrie.ward@usdoj.gov

Elizabeth J. Peiffer
Capital Representation Resource Center
1155 Seminole Trail #6391
Charlottesville, VA 22906
Phone: (434) 817-2970
Fax: (434) 817-2972
Email: epeiffer@vcrrc.org

\* \* \*

Dated: July 7, 2023

Respectfully submitted,

*/s/ Nicholas J. Xenakis*

Nicholas J. Xenakis
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C. 20001-4957
(202) 662-6000
nxenakis@cov.com

*Counsel for Petitioner*