FILED:  July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: DAVID ANTHONY RUNYON

Petitioner

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals

Exhibit 6: Declaration of Elizabeth J. Peiffer.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk