**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 10, 2023

_____

RESPONSE REQUESTED

_____

No.   23-6,          In re: David Runyon
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:     United States of America

RESPONSE DUE: 07/17/2023

Response is required to the motion for stay pending review of petition for writ of mandamus and for expedited review on or before 07/17/2023.

Emily Borneisen, Deputy Clerk
804-916-2704