# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 10, 2023

_____

### DOCKETING FORMS
### FOLLOW-UP NOTICE

_____

No.   23-6,          In re: David Runyon
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:    David Anthony Runyon

REQUESTED FORM(S) DUE:  July 13, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704