FILED:  July 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: DAVID ANTHONY RUNYON

Petitioner

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus filed by David

Anthony Runyon, the court directs the filing of an answer to the petition by the

United States of America pursuant to Fed. R. App. P. 21(b)(1).

The answer shall be filed within 10 days of the date of this order.

**Appearance of Counsel** and **Disclosure Statement** forms shall also be filed

within 10 days of the date of this order. Court forms are available as links from this

notice and at the court's website, **www.ca4.uscourts.gov**.

For the Court

/s/ Patricia S. Connor, Clerk