**No. 23-6**

---

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

In re DAVID ANTHONY RUNYON,

*Petitioner*

_____

UNITED STATES OF AMERICA,

*Respondent*,

v.

DAVID ANTHONY RUNYON,

*Defendant*.

_____

From the United States District Court
for the Eastern District of Virginia
No. 4:08-cr-00016-RBS-DEM
(The Honorable Rebecca Beach Smith)

_____

**PETITIONER'S UNOPPOSED REQUEST TO APPOINT KATHRYN ALI
PURSUANT TO 18 U.S.C. § 3599 AND THE CRIMINAL JUSTICE ACT**

_____

Kathryn M. Ali
ALI & LOCKWOOD LLP
300 New Jersey Avenue, N.W.,
Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com

*Counsel for Petitioner*

July 12, 2023

Petitioner David Anthony Runyon respectfully requests that his counsel, Kathryn Ali, be appointed for purposes of this appeal pursuant to 18 U.S.C. § 3599 and the Criminal Justice Act. The government has indicated that it does not oppose this request.

Ms. Ali currently appears on the docket of this appeal as "Pro Bono" counsel. However, Ms. Ali was appointed by the district court below pursuant to 18 U.S.C. § 3599, after the court found that Ms. Ali was "well-qualified to provide such representation" and that such appointment was warranted "[g]iven the seriousness of the capital penalty in this case" and "the complexity of the case," among other factors. *See* Dkt. 4 at 16-17 (Ex. 3 to Mandamus Petition). As set forth in the district court record, Ms. Ali exceeds the minimum requirements set forth in 18 U.S.C. § 3599(b) and is admitted to practice before this Court. *See* Dkt. 4. at 5-6 (Ex. 2 to Mandamus Petition). Accordingly, Petitioner respectfully requests that Ms. Ali's appearance on his behalf for purposes of this appeal be converted to an appointment under the Criminal Justice Act.

July 12, 2023

Respectfully submitted,

*/s/ Kathryn M. Ali*

2

Kathryn M. Ali
ALI & LOCKWOOD LLP
300 New Jersey Avenue, N.W.
Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com

*Counsel for Petitioner*

## CERTIFICATE OF COMPLIANCE

1. On July 12, 2023, Petitioner's counsel provided notice to counsel for the government of Petitioner's intention to file this request. Counsel for the government does not oppose the request.

2. This Motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 and Local Rule 27 because the motion contains 183 words.

3. This petition complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure because this petition has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*  *  *

Dated: July 12, 2023      Respectfully submitted,

/s/ *Kathryn M. Ali*

Kathryn M. Ali
ALI & LOCKWOOD LLP
300 New Jersey Avenue, N.W.
Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com

*Counsel for Petitioner*

4

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2023, the foregoing document was served

on all parties and/or their counsel of record through the CM/ECF system.

\*      \*      \*

Dated: July 12, 2023                Respectfully submitted,

*/s/ Kathryn M. Ali*

Kathryn M. Ali

ALI & LOCKWOOD LLP

300 New Jersey Avenue, N.W.

Suite 900

Washington, D.C. 20001

(202) 651-2475

katie.ali@alilockwood.com

*Counsel for Petitioner*

5