**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

In re: DAVID ANTHONY RUNYON,     )
                               )
      *Petitioner*              )      No. 23-6

**Motion by the United States for an Extension
For Filing its Response to Motion to Stay**

The United States respectfully requests an extension from July 17, 2023, to July 21, 2023, in which to file its response to the motion for stay in this matter, the date on which the United States intends to file its response to the mandamus petition at issue here. The United States has contacted counsel for petitioner to seek their position on this request for an extension and understands the petitioner opposes this request.

Petitioner filed his stay motion and a petition for writ of mandamus on Friday, July 7, 2023, and those pleadings were docketed on July 10, 2023. Doc. 3, 7. The motion and petition were served on the United States on July 7, 2023, at 10:14 p.m., and relate to district court proceedings that occurred on June 16, 2023, and an order that issued from the district court on June 20, 2023. (ECF No. 820, 4:08cr16). Thus, the petitioner waited approximately three weeks after the June 16, 2023, hearing prior to filing the stay motion and petition.

On July 10, 2023, the Court requested a response to the motion by July 17, 2023. Doc. 10. On July 11, 2023, the Court ordered a response to the petition by

1

July 21, 2023. Doc. 13. Counsel for the United States is currently preparing a response to a separate stay motion filed in the related case of *In re: Elizabeth Jane Peiffer* (No. 23-5). That response is also due on July 17, 2023. Additionally, counsel for the United States has had numerous court appearances this week, including time spent in the grand jury and hearings in *United States v. Dixie*, et al. (Criminal No. 4:22cr74). Finally, the United States has recently received notices from three different entities each requesting consent to file an amicus brief in this matter this week. The United States would like the opportunity to review these briefs prior to submitting its response to the stay motion. Additionally, the stay motion is some twenty-five pages and the work product of eight counsel for the petitioner. No comparable pleadings were filed by petitioner with the district court.

Due to the government's competing obligations and the pending response date for the petition, the United States respectfully requests a four-day extension for the response to the stay motion until July 21, 2023, when its response to the petition is also due. As the petitioner has not requested a ruling on the stay motion until July 26, 2023, this brief extension should work no hardship on the petitioner.

In the mandamus petition and stay, petitioner requests that this Court order the district court to admit counsel for defendant *pro hac vice*. Counsel never sought admission *pro hac vice* despite the district court's reference in an order that no specific *pro hac vice* applications had been tendered for consideration. (ECF No. 820,

2

4:08cr16, p.3, n.4). Petitioner does not dispute that the district court agreed that those attorneys could work on petitioner's behalf, and the next deadline in court is a discovery deadline on August 31, 2023—a deadline that petitioner requested. The hearing for the remaining issues in this case is scheduled for November 1, 2023. Given the nature of the relief that petitioner requests, the delay in filing petitioner's pleadings, the existing deadlines, and the short length of the government's requested extension, the United States believes that its extension request is justified and will not unduly delay the proceedings.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:    /s/
_____
Brian J. Samuels
Richard D. Cooke
Assistant United States Attorneys
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Email: brian.samuels@usdoj.gov

3

## Certificate of Compliance

I certify that I wrote this motion using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words as counted by Microsoft Word, excluding the items identified in Federal Rule of Appellate Procedure 27(f).

By:   /s/_____
Brian J. Samuels
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Email: brian.samuels@usdoj.gov