FILED: July 14, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: DAVID ANTHONY RUNYON

Petitioner

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a

response to the motion for stay pending review of the petition for writ of

mandamus and for expedited review to July 21, 2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk