**No. 23-6**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

IN RE DAVID ANTHONY RUNYON,

*Petitioner*.

From the United States District Court for the
Eastern District of Virginia at Newport News

*United States of America v. Runyon*, No. 4:08-cr-00016
Hon. Rebecca Beach Smith

## UNOPPOSED MOTION FOR LEAVE TO FILE
## BRIEF OF AMICUS CURIAE CATO INSTITUTE

ADAM L. BRAVERMAN
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5151
abraverman@mofo.com

MATTHEW E. LADEW
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5743
mladew@mofo.com

JAY R. SCHWEIKERT
CATO INSTITUTE
1000 Massachusetts Ave. NW
Washington, DC 20001
(202) 216-1461
jschweikert@cato.org

*Counsel for Amicus Curiae*

JULY 14, 2023

Pursuant to Federal Rules of Appellate Procedure 27 and 29, the Cato Institute respectfully moves for leave to file a brief as *amicus curiae* in the above-captioned case in support of Petitioner and reversal. The government has consented to the filing of this brief.

Cato has an interest in the outcome of this litigation, and it believes the proposed *amicus* brief will assist the Court in resolving the issues presented. *See* Fed. R. App. P. 29(a)(3). In support of its motion, Cato states as follows:

1.      The Cato Institute is a nonpartisan public policy research foundation founded in 1977 and dedicated to advancing the principles of individual liberty, free markets, and limited government.

2.      Cato's Project on Criminal Justice was founded in 1999, and focuses in particular on the proper role of the criminal sanction in a free society, the scope of substantive criminal liability, the proper and effective role of police in their communities, the protection of constitutional and statutory safeguards for criminal suspects and defendants, the participation of citizens in the criminal justice system, and accountability for law enforcement officers.

3.      Here, the district court denied Mr. Runyon's motion to substitute his counsel, who was unable to continue due to a personal conflict, for capable, willing lawyers. Its ruling contravened core principles of defendant autonomy and Congress's intent, as explained by the Supreme Court, to allow a capital-case

1

defendant "to handle serious representational problems." *Martel v. Clair*, 565 U.S. 648, 660 (2012). The district court's ruling, if it stands, would deny a criminal defendant's right to choose his own counsel, and may signal to other district courts that the unlawful approach taken here is appropriate.

4.    Cato's concern in this case is protecting a well-settled principle of defendant autonomy in a criminal proceeding — specifically, that a defendant facing the death penalty is entitled to be represented by any capable and willing lawyer of that defendant's choosing.

5.    Cato believes that its expertise in criminal law and defendant autonomy can aid the Court in deciding the proper scope of a defendant's choice of counsel in this case. Indeed, Cato has participated as *amicus curiae* in cases involving similar issues regarding defendant autonomy. *See, e.g., Garza v. Idaho*, No. 17-1026 (U.S.); *McCoy. v. Louisiana*, No. 16-8255 (U.S.). The attached *amicus* brief adds to and expands on, but does not duplicate, the arguments made by the petitioner.

For these reasons, Cato respectfully requests that the Court grant it leave to participate as *amicus curiae* and accept the proposed accompanying *amicus* brief.

///

///

///

///

2

Dated:  July 14, 2023

Respectfully submitted,

/s/ Adam L. Braverman
ADAM L. BRAVERMAN
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130
(858) 720-5151
abraverman@mofo.com

MATTHEW E. LADEW
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5743
mladew@mofo.com

JAY R. SCHWEIKERT
CATO INSTITUTE
1000 Massachusetts Ave. NW
Washington, DC 20001
(202) 216-1461
jschweikert@cato.org

3

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. 29(a)(5) and 32(a)(7)(B) because it contains 420 words, excluding the portions exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Times New Roman font.

Dated:  July 14, 2023                                    */s/ Adam L. Braverman*
                                                                    Adam L. Braverman

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the Fourth Circuit by using the

CM/ECF system on July 14, 2023.

I certify that all participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system.


Dated:  July 14, 2023                                    /s/ Adam L. Braverman
                                                              Adam L. Braverman