UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form.  If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll.  Electronic filing by counsel is required in all Fourth Circuit cases.  If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 23-6 _____ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender

☑ Pro Bono  ☐ Government

COUNSEL FOR: The Cato Institute

_____ as the
(party name)

☐ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☑ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

/s/ Adam L. Braverman
_____
(signature)

**Please compare your information below with your information on PACER.  Any updates or changes must be made through PACER's Manage My Account.**

Adam L. Braverman
Name (printed or typed)

(858) 720-5151
Voice Phone

Morrison & Foerster LLP
Firm Name (if applicable)

n/a
Fax Number

12531 High Bluff Drive, Suite 100

San Diego, CA 92130
Address

abraverman@mofo.com
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on July 14, 2023 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| Kathryn Marshall Ali<br>Richard Daniel Cooke<br>Lisa Rae McKeel<br>Brian James Samuels | Email: katie.ali@alilockwood.com<br>Email: richard.cooke@usdoj.gov<br>Email: lisa.mckeel@usdoj.gov<br>Email: brian.samuels@usdoj.gov |
|---|---|

/s/ Adam L. Braverman
Signature

July 14, 2023
Date

1/28/2020  SCC