No. 23-6

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

*In re* DAVID ANTHONY RUNYON,
*Petitioner*.

UNITED STATES OF AMERICA,
*Plaintiff*,

v.

DAVID ANTHONY RUNYON,
*Defendant.*

On Petition for a Writ of Mandamus to the United States District Court
for the Eastern District of Virginia
No. 1 4:08-cr-00016-RBS-DEM-3 (Hon. Rebecca Beach Smith)

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
OF DEBEVOISE & PLIMPTON LLP IN SUPPORT OF PETITIONER**

Hon. John Gleeson (Ret.)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
jgleeson@debevoise.com

Megan McGuiggan
Joseph Ptomey
Bailey Crawford
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, NW
Washington, DC 2004
(202) 346-4000
mmcguiggan@debevoise.com
jptomey@debevoise.com
bkcrawford@debevoise.com

## MOTION

Under Federal Rules of Appellate Procedure 27 and 29, and Fourth Circuit Rules 29(a)(2), (3), *amicus curiae* respectfully moves for leave to file the attached brief in support of Petitioner's Petition for a Writ of Mandamus to the United States District Court for the Eastern District of Virginia. Counsel for Petitioner and counsel for the Government consent to *amicus'* filing.

## INTERESTS OF *AMICUS CURIAE*

As further set forth in the proposed brief, *amicus curiae*, Debevoise & Plimpton LLP ("Debevoise"), is an international law firm of more than 900 lawyers with a renowned *pro bono* practice. Its longstanding initiative, the Holloway Project, was founded by Debevoise partner Judge John Gleeson in 2016 to create pathways to relief for federal prisoners serving excessively long sentences resulting from now-defunct mandatory sentencing provisions. Many Debevoise lawyers providing *pro bono* services rely on *pro hac vice* ("PHV") admission to do so, as the clients most in need of services frequently reside outside of jurisdictions in which the firm's lawyers are typically admitted (*e.g.*, New York, Washington D.C., California). Debevoise (on behalf of itself and its *pro bono* clients) has a strong interest in ensuring that this Court appreciates the repercussions of limiting the availability of PHV admission for *pro bono* counsel, and respectfully requests to submit the attached brief in support of Petitioner.

2

## RELEVANCE OF *AMICUS CURIAE*

*Amicus* supports Petitioner's arguments as to why this Court should issue a writ of mandamus granting the requested relief.  Adding to Petitioner's arguments, in its proposed brief *amicus* discusses the long-standing practice of PHV admission and the importance of this practice to ensuring that defendants are able to mount a defense using their counsel of choice.  *Amicus*' brief highlights the importance of PHV admissions beyond the specific context of this matter and explains its concerns for any precedent that would allow district courts to arbitrarily deny or otherwise chill applications for PHV admission.  As a law firm with a significant *pro bono* practice that often relies upon PHV admissions to represent its *pro bono* clients, *amicus* is concerned that endorsing the District Court's position, which effectively prevents *pro bono* counsel from applying for and receiving PHV admission without justification, will place indigent criminal defendants at the mercy of whims, not justice.  The proposed brief further explains that such a practice would not only raise public policy concerns, but significant Constitutional issues as well.

3

For these reasons, *amicus* respectfully requests that this Court grant leave to file the proposed brief.

Dated: July 14, 2023                    Respectfully submitted,

/s/ John Gleeson
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
jgleeson@debevoise.com

Megan McGuiggan
Joseph Ptomey
Bailey Crawford
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, NW
Washington, DC 2004
(202) 346-4000
mmcguiggan@debevoise.com
jptomey@debevoise.com
bkcrawford@debevoise.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. 29(a)(5) and 32(a)(7)(B) because it contains 412 words, excluding the portions exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word 2022 in 14-point Times New Roman font.

Dated:  July 14, 2023                                      /s/ John Gleeson
                                                                      John Gleeson

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system on July 14, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 14, 2023                                     /s/ John Gleeson
                                                             John Gleeson