## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Local Rule 26.1(b)(1), *Amici Curiae* each state that they have no parent corporation and that no publicly traded corporation owns 10% or more of its stock. *Amici* are not aware of any publicly held corporation that has a direct financial interest in the outcome of this appeal.

i