**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-6,          In re: David Runyon
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:     Debevoise & Plimpton LLP

BRIEF CORRECTION DUE:  July 24, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] See Checklist: Please make corrections identified on attached checklist.

Emily Borneisen, Deputy Clerk
804-916-2704