## **FED. R. APP. P. 26.1**, **LOCAL RULE 26.1(B)(2), AND FED. R. APP. P. 29(A)(4)(E) STATEMENTS**

The Cato Institute is a nonprofit entity operating under § 501(c)(3) of the Internal Revenue Code.  Amicus is not a subsidiary or affiliate of any publicly owned corporation or entity and does not issue shares of stock.

No counsel for either party authored this brief in whole or in part.  No one other than Amicus and its members made monetary contributions to its preparation or submission.  Amicus does not have a direct financial interest in the outcome of the litigation, nor does it have knowledge of any entities who would have any such interest.

i