UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form.  If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll.  Electronic filing by counsel is required in all Fourth Circuit cases.  If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __23-6__ as

☑Retained ☐Court-appointed(CJA) ☐CJA associate ☐Court-assigned(non-CJA) ☐Federal Defender

☐Pro Bono ☐Government

COUNSEL FOR: Association of Pro Bono Counsel and Goodwin Procter LLP

_____as the
(party name)

☐appellant(s) ☐appellee(s) ☐petitioner(s) ☐respondent(s) ☑amicus curiae ☐intervenor(s) ☐movant(s)

/s/ Jaime A. Santos
_____
(signature)

**Please compare your information below with your information on PACER.  Any updates or changes must be made through PACER's Manage My Account.**

Jaime A. Santos
Name (printed or typed)

(202) 346-4000
Voice Phone

Goodwin Procter LLP
Firm Name (if applicable)

(202) 346-4444
Fax Number

1900 N Street, NW

Washington, DC 20036
Address

JSantos@goodwinlaw.com
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on __7/17/2023__ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| George Kendall<br>SQUIRE PATTON BOGGS LLP<br>26th Floor<br>1211 Avenue of the Americas<br>New York, NY 10036 | george.kendall@squirepb.com |
|---|---|

/s/ Jaime A. Santos
Signature

7/17/2023
Date