**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 18, 2023

_____

NOTICE

_____

No.   23-6,   In re: David Runyon
4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   Kyle David Lyons-Burke

A change has been made to your contact information in the clerk's office. These changes must also be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab.

Emily Borneisen, Deputy Clerk
804-916-2704