FILED:  July 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: DAVID ANTHONY RUNYON

Petitioner

------------------------------

33 LAW FIRMS; ASSOCIATION OF PRO BONO COUNSEL; CATO
INSTITUTE; DEBEVOISE & PLIMPTON LLP; GEORGE H. KENDALL

Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to the motions to file amicus

curiae briefs, the court grants the motions and accepts the amici briefs filed by

Cato Institute, Association of Pro Bono Counsel, 33 Law Firms, George Kendall,

and Debevoise & Plimpton LLP.

For the Court

/s/ Patricia S. Connor, Clerk